IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CLIFTON CARTER,**

    Petitioner,

vs.                                Case No. 5:05cv133-RH/WCS

**JOSE BARRON, WARDEN,**

    Respondent.
_____/

## O R D E R

Petitioner, an inmate proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Petitioner has failed, however, to pay the required $5.00 filing fee or, alternatively, to file an application for leave to proceed *in forma pauperis* (IFP). Review of Petitioner's petition will be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in form pauperis* is submitted.

Accordingly, it is **ORDERED:**

1. The clerk of court shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

    2.  Petitioner shall have until **August 12, 2005**, to either file an application for leave to proceed *in forma pauperis*, or pay the $5.00 filing fee.

    3.  Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

    **DONE AND ORDERED** on July 12, 2004.


     S/ William C. Sherrill, Jr.
    **WILLIAM C. SHERRILL, JR.**
    **UNITED STATES MAGISTRATE JUDGE**