IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CLIFTON CARTER,**

    Petitioner,

vs.                                      Case No. 5:05cv133-RH/WCS

**JOSE BARRON, WARDEN,**

    Respondent.
_____/

## REPORT AND RECOMMENDATION ON § 2241 PETITION

Pending is Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, with a memorandum and appendix in support. Docs. 1, 2 and 3. The Government filed an answer, and Petitioner filed a traverse. Docs. 9 and 10.

An order was entered on June 29, 2006. Doc. 13 (incorporated herein by reference). There the court noted that Petitioner had been released and his claim for entitlement of early release appeared to be moot. *Id.*, pp. 2-3. The court also addressed the merits, and set forth findings and analysis which would apply (in the event the claim was not moot) in a recommendation on the merits. *Id.*, pp. 3-11. If the case was not moot then it should be denied on the merits. *Id.*, p. 11. Petitioner was directed to show cause why his case was not moot. *Id.*, p. 12.

The copy of the order sent to Petitioner was returned undelivered, and file stamped by the clerk on July 26, 2006.  Doc. 14.  The court obtained a forwarding address from FCI Marianna, the clerk re-mailed the order to Petitioner at that address, and the mail has not been returned undelivered.  Doc. 15.[1]  No response has been filed.

As it previously appeared that the petition was moot and Petitioner has not responded to the order to show cause, it is respectfully **RECOMMENDED** that the § 2241 petition (doc. 1) be **DENIED AS MOOT.**

**IN CHAMBERS** at Tallahassee, Florida, on September 28, 2006.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

---

[1] The clerk noted the correct street address, but the name of the institution (FCI Marianna) remained on the docket as part of Petitioner's address.  It is assumed that the mail was delivered, as it was not returned.  The clerk has since been directed to correct the docket by removing the name of the institution from Petitioner's address.

Case No. 5:05cv133-RH/WCS