# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CLIFTON CARTER,

    Petitioner,

v.                                                  CASE NO. 5:05cv133-RH/WCS

JOSE BARRON, WARDEN,

    Respondent.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 16), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is dismissed as moot." The clerk shall close the file.

    SO ORDERED this 24th day of November, 2006.

                                                         s/Robert L. Hinkle
                                                         Chief United States District Judge